*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  October 30, 2014                    104194
_____

THE PEOPLE OF THE STATE OF
    NEW YORK,
                        Respondent,

        v                                    MEMORANDUM AND ORDER

NIGEL K. CLARKE, Also Known
    as BO,
                        Appellant.
_____

Calendar Date:   September 16, 2014

Before:   Peters, P.J., Garry, Egan Jr., Lynch and Clark, JJ.

                        _____


        Jon Kosich, Greenville, for appellant, and appellant
pro se.

        Paul Czajka, District Attorney, Hudson (James A. Carlucci
of counsel), for respondent.

                        _____


        Appeal from a judgment of the County Court of Columbia
County (Nichols, J.), rendered January 28, 2011, which
resentenced defendant following his conviction of the crime of
criminal possession of a weapon in the second degree.

        Defendant was convicted of murder in the second degree and
criminal possession of a weapon in the second degree in 2000 (5
AD3d 807 [2004], lvs denied 2 NY3d 796, 797 [2004]).  He was
sentenced to, among other things, a prison term of 15 years on
the weapons possession conviction.  The requisite term of
postrelease supervision was not included as part of that sentence
and, in 2011, defendant was returned before County Court for
resentencing (see Correction Law § 601-d).  County Court
resentenced defendant on the weapons possession conviction to the

original prison term, to be followed by five years of postrelease supervision. Defendant appeals from the judgment resentencing him.

Appellate counsel seeks to be relieved of his assignment of representing defendant, asserting that there are no nonfrivolous issues to be raised on appeal. Based upon our review of the record, counsel's brief, and the letter response of defendant himself, we agree. Thus, the judgment is affirmed and counsel's request for leave to withdraw is granted (see People v Cruwys, 113 AD2d 979, 980 [1985], lv denied 67 NY2d 650 [1986]; see generally People v Stokes, 95 NY2d 633 [2001]).

Peters, P.J., Garry, Egan Jr., Lynch and Clark, JJ., concur.

ORDERED that the judgment is affirmed, and application to be relieved of assignment granted.

ENTER:

Robert D. Mayberger
Clerk of the Court